WELLS, Judge.
 

 Charles Eato appeals from an order denying his pro se motion to disqualify Judges Jacqueline Hogan Scola and Peter R. Lopez in case numbers F03-2288A and F03-2289A.
 
 [1]
 
 We treat the instant appeal as a petition for writ of prohibition,
 
 see Madura v. Turosienski,
 
 901 So.2d 396, 397 (Fla. 2d DCA 2005) (treating the appeal from an order denying a motion to disqualify the trial judge as a petition for writ of prohibition), which we deny finding no abuse of discretion.
 
 See King v. State,
 
 840 So.2d 1047,1049 (Fla.2003) (stating that an order denying a motion to disqualify is reviewed for an abuse of discretion); Fla. R. Jud. Admin. 2.330(e) (requiring a motion to disqualify be filed “within a reasonable time not to exceed 10 days after discovery of the facts constituting the grounds for the motion”).
 

 [1]
 

 . Eato was permitted to represent himself in this case following a
 
 Faretta
 
 hearing.
 
 See Faretta v. California,
 
 422 U.S. 806, 95 S.Ct. 2525, 45 L.Ed.2d 562 (1975).